# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF WESTERN PENNSYLVANIA
## CONCILIATION CONFERENCE MINUTES

**Conciliation Conference:**

- **Debtor:** DEIDRA J. PATITUCCI
- **Case Number:** 19-21157-GLT          **Chapter:** 13
- **Date / Time / Room:** THURSDAY, OCTOBER 03, 2019 01:30 PM   3251 US STEEL
- **Hearing Officer:** CHAPTER 13 TRUSTEE

**Matter:**

#12 - Final Confirmation of Plan Dated 3/5/2019 (NFC)
R / M #: 12 / 0

**Appearances:**    J. Steidl

- Debtor:
- Trustee: Winnecour / Pail / Katz / DeSimone
- Creditor:

*Handwritten notes:* Developing arrears. Tee advised that Debtor has separated. Con't for status

**Proceedings:**

Outcome:

1. _____ Case Converted to Chapter 7
2. _____ Case Converted to Chapter 11
3. _____ Case Dismissed without Prejudice
4. _____ Case Dismissed with Prejudice
5. _____ Debtor is to inform Court within _____ days their preference to Convert or Dismiss
6. _____ The plan payment/term is increased/extended to _____, effective _____.
7. ✓ Plan/Motion continued to **12/5/19** at **3:00 pm**
8. _____ An Amended Plan is to be served on all creditors and certificate of service filed by _____.
   Objections are due on or before _____.
   A hearing on the Amended Plan is set for _____ at _____.
9. _____ Contested Hearing: _____ at _____.
10. _____ Other:

9/26/2019   9:36:30AM