# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF WESTERN PENNSYLVANIA

## CONCILIATION CONFERENCE MINUTES

**FILED**
DEC 11 2019
CLERK, U.S. BANKRUPTCY COURT
WEST DIST. OF PENNSYLVANIA

**Conciliation Conference:**

| | |
|---|---|
| Debtor: | DEIDRA J. PATITUCCI |
| Case Number: | 19-21157-GLT    Chapter: 13 |
| Date / Time / Room: | THURSDAY, DECEMBER 05, 2019 03:00 PM  3251 US STEEL |
| Hearing Officer: | CHAPTER 13 TRUSTEE |

**Matter:**

#12 - Continued Confirmation of Plan Dated 3/5/2019 (NFC)
R / M #:  12 / 0

**Appearances:**

Debtor: A. Steidl
Trustee: Winnecour / Pail / (Katz) / DeSimone
Creditor:

**Proceedings:**

Outcome:

1. _____ Case Converted to Chapter 7
2. _____ Case Converted to Chapter 11
3. _____ Case Dismissed without Prejudice
4. _____ Case Dismissed with Prejudice
5. _____ Debtor is to inform Court within _____ days their preference to Convert or Dismiss
6. _____ The plan payment/term is increased/extended to _____, effective _____.
7. ✓ Plan/Motion continued to _1/30/20_ at _3:30 pm_.
8. _____ An Amended Plan is to be served on all creditors and certificate of service filed by _____.
    Objections are due on or before _____.
    A hearing on the Amended Plan is set for _____ at _____.
9. _____ Contested Hearing: _____ at _____.
10. _____ Other:

Debtor is separated and plan is no longer feasible.
Debtor has not made a payment since 7/19.

Debtor to file a motion to convert or dismiss w/in 30 days. Also need amended I & J to reflect change in circumstances.

11/22/2019  9:42:22AM