IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | |
| Deidra J. Patitucci | ) | Bankruptcy No.  19-21157 GLT |
| *Debtor* | ) | Chapter 13 |
| | ) | Related to Docket No. 32 |
| Deidra J. Patitucci, | ) | |
| *Movant* | ) | |
| | ) | |
| Vs. | ) | |
| | ) | |
| Office of the U.S. Trustee, Ronda | ) | |
| Winnecour, Trustee, Ally, Amazon/ | ) | |
| Synchrony Bank, Bank of America, Capital | ) | |
| One, Chase, Christopher Banks/Comenity, | ) | |
| Discover Financial Services, Discover | ) | |
| Bank, Kays/Comenity Bank, PNC Bank, | ) | |
| PNC Bank Mortgage, PRA Receivables | ) | |
| Management, PA Dept. of Revenue, | ) | |
| Portfolio Recovery Assoc., QVC, | ) | |
| Quantum3 Group, Sears, Synchrony Bank, | ) | |
| JCP, Levins, Lowe's, TJX, SYNCB, | ) | |
| Wayfair | ) | |
| *Respondents* | ) | |

## **CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that on January 24, 2020, a true and correct copy of the *Order of Court dated January 22, 2020* was served by U. S. First Class Mail, postage prepaid, upon the following persons and parties:

See attached mailing matrix.

Date of Service:    January 24, 2020    /s/ Abagale Steidl
                                                                     Abagale Steidl, Esquire
                                                                      STEIDL & STEINBERG
                                                                      28th Floor, Gulf Tower
                                                                      707 Grant Street
                                                                      Pittsburgh, PA 15219
                                                                      (412) 391-8000
                                                                      asteidl@steidl-steinberg.com

```
Label Matrix for local noticing          Ally                                      Ally Bank
0315-2                                   Po Box 380901                             PO Box 130424
Case 19-21157-GLT                        Minneapolis, MN 55438-0901                Roseville MN 55113-0004
WESTERN DISTRICT OF PENNSYLVANIA
Pittsburgh
Fri Jan 24 11:57:02 EST 2020

Amazon/Synchrony Bank                    Anthony V. Patitucci                      (p)BANK OF AMERICA
PO Box 965015                            1003 Lewis Street                         PO BOX 982238
Orlando, FL 32896-5015                   Brownsville, PA 15417-2237                EL PASO TX 79998-2238


Bank of America, N.A.                    Jerome B. Blank                           Capital One
P O Box 982284                           Phelan Hallinan Diamond & Jones, LLP      PO Box 30253
El Paso, TX 79998-2284                   Omni William Penn Office Tower            Salt Lake City, UT 84130-0253
                                         555 Grant Street, Suite 300
                                         Pittsburgh, PA 15219-4408

Chase                                    Chase Bank USA, N.A.                      Christopher Banks/Comenity
PO Box 15298                             c/o Robertson, Anschutz & Schneid, P.L.   Po Box 182789
Wilmington, DE 19850-5298                6409 Congress Avenue, Suite 100           Columbus, OH 43218-2789
                                         Boca Raton, FL 33487-2853


(p)DISCOVER FINANCIAL SERVICES LLC       Discover Bank                             Ditech Financial
PO BOX 3025                              Discover Products Inc                     PO Box 6172
NEW ALBANY OH 43054-3025                 PO Box 3025                               Rapid City, SD 57709-6172
                                         New Albany, OH  43054-3025


Kays/Comenity Bank                       Office of the United States Trustee       PNC Bank CC
Po Box 182789                            Liberty Center.                           Po Box 3180
Columbus, OH 43218-2789                  1001 Liberty Avenue, Suite 970            Pittsburgh, PA 15230-3180
                                         Pittsburgh, PA 15222-3721


PNC Bank Mortgage Services               PNC Bank, N.A.                            PRA Receivables Management, LLC
PO Box 8703                              P.O. Box 94982                            PO Box 41021
Dayton, OH 45401-8703                    Cleveland, OH 44101-4982                  Norfolk, VA 23541-1021


Deidra J. Patitucci                      Pennsylvania Dept. of Revenue             (p)PORTFOLIO RECOVERY ASSOCIATES LLC
1003 Lewis St.                           Department 280946                         PO BOX 41067
Brownsville, PA 15417-2237               P.O. Box 280946                           NORFOLK VA 23541-1067
                                         ATTN: BANKRUPTCY DIVISION
                                         Harrisburg, PA 17128-0946

QVC                                      Quantum3 Group LLC as agent for           Sears
Po Box 965005                            Comenity Bank                             Po Box 6282
Orlando, FL 32896-5005                   PO Box 788                                Sioux Falls, SD 57117-6282
                                         Kirkland, WA  98083-0788


Robert H. Slone, Trustee                 Thomas Song                               Abagale E. Steidl
223 South Maple Avenue                   Phelan Hallinan Diamond & Jones, LLP      Steidl & Steinberg
Greensburg, PA 15601-3232                1617 JFK Boulevard                        707 Grant Street
                                         Suite 1400                                28th Floor - Gulf Tower
                                         Philadelphia, PA 19103-1814               Pittsburgh, PA 15219-1908
```

| | | |
|---|---|---|
| Synchrony Bank<br>c/o PRA Receivables Management, LLC<br>PO Box 41021<br>Norfolk VA 23541-1021 | Synchrony Bank<br>c/o of PRA Receivables Management, LLC<br>PO Box 41021<br>Norfolk, VA 23541-1021 | Synchrony Bank/JCP<br>Po Box 965007<br>Orlando, FL 32896-5007 |
| Synchrony Bank/Levins<br>Po Box 965036<br>Orlando, FL 32896-5036 | Synchrony Bank/Lowe's<br>PO Box 965005<br>Orlando, FL 32896-5005 | Synchrony Bank/TJX<br>Po Box 965015<br>Orlando, FL 32896-5015 |
| Synchrony MC/SYNCB<br>Po Box 965001<br>Orlando, FL 32896-5001 | James Warmbrodt<br>KML Law Group, P.C.<br>701 Market Street<br>Suite 5000<br>Philadelphia, PA 19106-1541 | Wayfair<br>c/o Comenity Bank<br>PO Box 182789<br>Columbus, OH 43218-2789 |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

| | | |
|---|---|---|
| Bank of America<br>PO Box 982238<br>El Paso, TX 79998-2238 | Discover<br>Po Box 15316<br>Wilmington, DE 19850-5316 | Portfolio Recovery Associates, LLC<br>POB 12914<br>Norfolk VA 23541 |

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

| | | |
|---|---|---|
| (u)DITECH FINANCIAL LLC | (du)DITECH FINANCIAL LLC | (u)PNC BANK NATIONAL ASSOCIATION |
| (u)PNC BANK, NA | (d)PNC Bank, N.A.<br>PO Box 94982<br>Cleveland, OH 44101-4982 | End of Label Matrix<br>Mailable recipients   38<br>Bypassed recipients    5<br>Total                 43 |