**Form 132**

**UNITED STATES BANKRUPTCY COURT**  34
**WESTERN DISTRICT OF PENNSYLVANIA**  mgut

In re:  Bankruptcy Case No.: 19−21157−GLT

Chapter: 7

**Deidra J. Patitucci**
   Debtor(s)

## NOTICE OF APPOINTMENT OF INTERIM TRUSTEE
## AND DETERMINATION OF TRUSTEE BOND

  Robert H. Slone, Trustee is hereby appointed Interim Trustee for the estate of the above debtor(s). Unless another trustee is elected at the meeting of creditors, convened pursuant to 11 U.S.C §341(a), the Interim Trustee shall serve as Trustee.

  In accordance with 11 U.S.C §322(b), the United States Trustee has determined the amount of the blanket trustee bond and determined the sufficiency of the surety thereon.

Dated: 1/22/20                                                                 **Andrew R. Vara**
                                                                                United States Trustee

                                                                                **Joseph S. Sisca**
                                                                                Assistant United States Trustee
                                                                                Western District of Pennsylvania

---

I Robert H. Slone, Trustee, hereby reject appointment as Trustee.

Dated: This _____ day of _____,_____.

                                                                                Robert H. Slone, Trustee

United States Bankruptcy Court
Western District of Pennsylvania

In re:  
Deidra J. Patitucci  
    Debtor

Case No. 19-21157-GLT  
Chapter 7

## CERTIFICATE OF NOTICE

District/off: 0315-2      User: mgut           Page 1 of 1       Date Rcvd: Jan 22, 2020
                         Form ID: 132         Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 24, 2020.
tr             +Robert H. Slone, Trustee,   223 South Maple Avenue,   Greensburg, PA 15601-3232

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                TOTAL: 0

         ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 24, 2020                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 22, 2020 at the address(es) listed below:
      Abagale E. Steidl    on behalf of Debtor Deidra J. Patitucci asteidl@steidl-steinberg.com,
       julie.steidl@steidl-steinberg.com;leslie.nebel@steidl-steinberg.com;abby.steidl@me.com;r53037@notify.bestcase.com;rlager@steidl-steinberg.com;kmeyers@steidl-steinberg.com
      James   Warmbrodt    on behalf of Creditor    PNC BANK NATIONAL ASSOCIATION bkgroup@kmllawgroup.com
      Jerome B. Blank    on behalf of Creditor    DITECH FINANCIAL LLC pawb@fedphe.com
      Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
      Robert H. Slone, Trustee    robertslone223@gmail.com,  rslone@pulsenet.com;pa07@ecfcbis.com
      Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
      Thomas   Song    on behalf of Creditor    DITECH FINANCIAL LLC pawb@fedphe.com
                                                                                                                                      TOTAL: 7