| **Information to identify the case:** | | |
|---|---|---|
| Debtor 1 | **Deidra J. Patitucci** | Social Security number or ITIN **xxx–xx–4773** |
| | First Name  Middle Name  Last Name | EIN  _ _–_ _ _ _ _ _ _ |
| Debtor 2 (Spouse, if filing) | First Name  Middle Name  Last Name | Social Security number or ITIN  _ _ _ _ |
| | | EIN  _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court | **WESTERN DISTRICT OF PENNSYLVANIA** | Date case filed in chapter **13**     **3/25/19** |
| Case number: | **19–21157–GLT** | Date case converted to chapter **7**     **1/22/20** |

Official Form 309B (For Individuals or Joint Debtors)
**Notice of Chapter 7 Bankruptcy Case –– Proof of Claim Deadline Set**   12/15

**For the debtors listed above, a case has been filed under chapter 7 of the Bankruptcy Code. An order for relief has been entered.**

**This notice has important information about the case for creditors, debtors, and trustees, including information about the meeting of creditors and deadlines. Read both pages carefully.**

The filing of the case imposed an automatic stay against most collection activities. This means that creditors generally may not take action to collect debts from the debtors or the debtors' property. For example, while the stay is in effect, creditors cannot sue, garnish wages, assert a deficiency, repossess property, or otherwise try to collect from the debtors. Creditors cannot demand repayment from debtors by mail, phone, or otherwise. Creditors who violate the stay can be required to pay actual and punitive damages and attorney's fees. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although debtors can ask the court to extend or impose a stay.

The debtors are seeking a discharge. Creditors who assert that the debtors are not entitled to a discharge of any debts or who want to have a particular debt excepted from discharge may be required to file a complaint in the bankruptcy clerk's office within the deadlines specified in this notice. (See line 9 for more information.)

To protect your rights, consult an attorney. All documents filed in the case may be inspected at the bankruptcy clerk's office at the address listed below or through PACER (Public Access to Court Electronic Records at www.pacer.gov).

**The staff of the bankruptcy clerk's office cannot give legal advice.**

**To help creditors correctly identify debtors, debtors submit full Social Security or Individual Taxpayer Identification Numbers, which may appear on a version of this notice. However, the full numbers must not appear on any document filed with the court.**

**Do not file this notice with any proof of claim or other filing in the case. Do not include more than the last four digits of a Social Security or Individual Taxpayer Identification Number in any document, including attachments, that you file with the court.**

| | | **About Debtor 1:** | **About Debtor 2:** |
|---|---|---|---|
| 1. | **Debtor's full name** | Deidra J. Patitucci | |
| 2. | **All other names used in the last 8 years** | | |
| 3. | **Address** | 1003 Lewis St.<br>Brownsville, PA 15417 | |
| 4. | **Debtor's attorney**<br>Name and address | Abagale E. Steidl<br>Steidl & Steinberg<br>707 Grant Street<br>28th Floor – Gulf Tower<br>Pittsburgh, PA 15219 | Contact phone 412–391–8000<br><br>Email: asteidl@steidl–steinberg.com |
| 5. | **Bankruptcy trustee**<br>Name and address | Robert H. Slone, Trustee<br>223 South Maple Avenue<br>Greensburg, PA 15601 | Contact phone 724–834–2990<br><br>Email: robertslone223@gmail.com |

**For more information, see page 2 >**

Official Form 309B (For Individuals or Joint Debtors) **Notice of Chapter 7 Bankruptcy Case –– Proof of Claim Deadline Set**                page **1**

| | | |
|---|---|---|
| **6. Bankruptcy clerk's office**<br><br>Documents in this case may be filed at this address. You may inspect all records filed in this case at this office or online at www.pacer.gov. | U.S. Bankruptcy Court<br>5414 U.S. Steel Tower<br>600 Grant Street<br>Pittsburgh, PA 15219 | Hours open:<br>Mon. – Fri. Pittsburgh Office: 9:00a.m. – 4:30p.m. Erie Office: 9:00a.m. – 4:30p.m.<br><br>Contact phone 412−644−2700<br><br>Date: 1/22/20 |
| **7. Meeting of creditors**<br><br>Debtors must attend the meeting to be questioned under oath. In a joint case, both spouses must attend. Creditors may attend, but are not required to do so. | **March 2, 2020 at 10:00 AM**<br><br>The meeting may be continued or adjourned to a later date. If so, the date will be on the court docket. | Location:<br><br>**First Floor Conference Room, Public Service Building, 22 East Main Street, Uniontown, PA 15401** |
| **8.           Presumption of abuse**<br><br>If the presumption of abuse arises, you may have the right to file a motion to dismiss the case under 11 U.S.C. § 707(b). Debtors may rebut the presumption by showing special circumstances. | The presumption of abuse does not arise. | |
| **9. Deadlines**<br><br>The bankruptcy clerk's office must receive these documents and any required filing fee by the following deadlines. | **File by the deadline to object to discharge or to challenge whether certain debts are dischargeable:**<br><br>**You must file a complaint:**<br>• if you assert that the debtor is not entitled to receive a discharge of any debts under any of the subdivisions of 11 U.S.C. § 727(a)(2) through (7), or<br>• if you want to have a debt excepted from discharge under 11 U.S.C § 523(a)(2), (4) or (6).<br><br>**You must file a motion:**<br>• if you assert that the discharge should be denied under § 727(a)(8) or (9). | **Filing deadline: 5/1/20** |
| | **Deadline for all creditors to file a proof of claim (except governmental units):**<br>**Deadline for governmental units to file a proof of claim:** | **Filing deadline: 4/1/20**<br><br>**Filing deadline: _____** |
| | **Deadlines for filing proof of claim:**<br>A proof of claim is a signed statement describing a creditor's claim. A proof of claim form may be obtained at www.uscourts.gov or any bankruptcy clerk's office. If you do not file a proof of claim by the deadline, you might not be paid on your claim. To be paid, you must file a proof of claim even if your claim is listed in the schedules that the debtor filed.<br>Secured creditors retain rights in their collateral regardless of whether they file a proof of claim. Filing a proof of claim submits the creditor to the jurisdiction of the bankruptcy court, with consequences a lawyer can explain. For example, a secured creditor who files a proof of claim may surrender important nonmonetary rights, including the right to a jury trial. | |
| | **Deadline to object to exemptions:**<br>The law permits debtors to keep certain property as exempt. If you believe that the law does not authorize an exemption claimed, you may file an objection. | **Filing deadline:** 30 days after the *conclusion* of the meeting of creditors |
| **10. Creditors with a foreign address** | If you are a creditor receiving a notice mailed to a foreign address, you may file a motion asking the court to extend the deadlines in this notice. Consult an attorney familiar with United States bankruptcy law if you have any questions about your rights in this case. | |
| **11. Liquidation of the debtor's property and payment of creditors' claims** | The bankruptcy trustee listed on the front of this notice will collect and sell the debtor's property that is not exempt. If the trustee can collect enough money, creditors may be paid some or all of the debts owed to them in the order specified by the Bankruptcy Code. To ensure you receive any share of that money, you must file a proof of claim as described above. | |
| **12. Exempt property** | The law allows debtors to keep certain property as exempt. Fully exempt property will not be sold and distributed to creditors. Debtors must file a list of property claimed as exempt. You may inspect that list at the bankruptcy clerk's office or online at www.pacer.gov. If you believe that the law does not authorize an exemption that the debtors claim, you may file an objection. The bankruptcy clerk's office must receive the objection by the deadline to object to exemptions in line 9. | |

```
                             United States Bankruptcy Court
                             Western District of Pennsylvania
In re:                                                                    Case No. 19-21157-GLT
Deidra J. Patitucci                                                       Chapter 7
          Debtor
                                    CERTIFICATE OF NOTICE
District/off: 0315-2           User: mgut                 Page 1 of 2                  Date Rcvd: Jan 22, 2020
                               Form ID: 309B              Total Noticed: 38


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jan 24, 2020.
db             +Deidra J. Patitucci,    1003 Lewis St.,    Brownsville, PA 15417-2237
aty            +James Warmbrodt,    KML Law Group, P.C.,    701 Market Street,    Suite 5000,
                 Philadelphia, PA 19106-1541
aty            +Jerome B. Blank,    Phelan Hallinan Diamond & Jones, LLP,    Omni William Penn Office Tower,
                 555 Grant Street, Suite 300,    Pittsburgh, PA 15219-4408
aty            +Thomas Song,    Phelan Hallinan Diamond & Jones, LLP,    1617 JFK Boulevard,    Suite 1400,
                 Philadelphia, PA 19103-1814
tr             +Robert H. Slone, Trustee,    223 South Maple Avenue,    Greensburg, PA 15601-3232
15018091       +Anthony V. Patitucci,    1003 Lewis Street,    Brownsville, PA 15417-2237
15051922       +Bank of America, N.A.,    P O Box 982284,    El Paso, TX 79998-2284
15037889       +Chase Bank USA, N.A.,    c/o Robertson, Anschutz & Schneid, P.L.,
                 6409 Congress Avenue, Suite 100,    Boca Raton, FL 33487-2853
15018103       +Kays/Comenity Bank,    Po Box 182789,    Columbus, OH 43218-2789
15018104       +PNC Bank CC,    Po Box 3180,    Pittsburgh, PA 15230-3180
15018105       +PNC Bank Mortgage Services,    PO Box 8703,    Dayton, OH 45401-8703
15063412       +PNC Bank, N.A.,    PO Box 94982,    Cleveland, OH 44101-4982

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
aty             E-mail/Text: asteidl@steidl-steinberg.com Jan 23 2020 04:09:15      Abagale E. Steidl,
                 Steidl & Steinberg,    707 Grant Street,    28th Floor - Gulf Tower,    Pittsburgh, PA  15219
smg             E-mail/Text: RVSVCBICNOTICE1@state.pa.us Jan 23 2020 04:11:45      Pennsylvania Dept. of Revenue,
                 Department 280946,    P.O. Box 280946,    ATTN: BANKRUPTCY DIVISION,
                 Harrisburg, PA  17128-0946
ust            +E-mail/Text: ustpregion03.pi.ecf@usdoj.gov Jan 23 2020 04:11:57
                 Office of the United States Trustee,    Liberty Center.,    1001 Liberty Avenue, Suite 970,
                 Pittsburgh, PA 15222-3721
cr             +EDI: PRA.COM Jan 23 2020 08:43:00      PRA Receivables Management, LLC,    PO Box 41021,
                 Norfolk, VA 23541-1021
15018089       +EDI: GMACFS.COM Jan 23 2020 08:43:00      Ally,    Po Box 380901,    Minneapolis, MN 55438-0901
15044579        EDI: GMACFS.COM Jan 23 2020 08:43:00      Ally Bank,    PO Box 130424,    Roseville MN 55113-0004
15018090       +EDI: RMSC.COM Jan 23 2020 08:43:00      Amazon/Synchrony Bank,    PO Box 965015,
                 Orlando, FL 32896-5015
15018097        EDI: BANKAMER.COM Jan 23 2020 08:43:00      Bank of America,    PO Box 982238,
                 El Paso, TX 79998-2238
15018098        EDI: CAPITALONE.COM Jan 23 2020 08:43:00      Capital One,    PO Box 30253,
                 Salt Lake City, UT 84130-0253
15018099       +EDI: CHASE.COM Jan 23 2020 08:43:00      Chase,    PO Box 15298,    Wilmington, DE 19850-5298
15018100       +EDI: WFNNB.COM Jan 23 2020 08:43:00      Christopher Banks/Comenity,    Po Box 182789,
                 Columbus, OH 43218-2789
15018101        EDI: DISCOVER.COM Jan 23 2020 08:43:00      Discover,    Po Box 15316,
                 Wilmington, DE 19850-5316
15024898        EDI: DISCOVER.COM Jan 23 2020 08:43:00      Discover Bank,    Discover Products Inc,
                 PO Box 3025,    New Albany, OH  43054-3025
15018102       +E-mail/Text: bankruptcy.bnc@ditech.com Jan 23 2020 04:11:02      Ditech Financial,    PO Box 6172,
                 Rapid City, SD 57709-6172
15060173        EDI: PRA.COM Jan 23 2020 08:43:00      Portfolio Recovery Associates, LLC,    POB 12914,
                 Norfolk VA 23541
15018106       +EDI: RMSC.COM Jan 23 2020 08:43:00      QVC,    Po Box 965005,    Orlando, FL 32896-5005
15057183        EDI: Q3G.COM Jan 23 2020 08:43:00      Quantum3 Group LLC as agent for,    Comenity Bank,
                 PO Box 788,    Kirkland, WA  98083-0788
15018107        EDI: SEARS.COM Jan 23 2020 08:43:00      Sears,    Po Box 6282,    Sioux Falls, SD 57117-6282
15018821       +EDI: RMSC.COM Jan 23 2020 08:43:00      Synchrony Bank,    c/o of PRA Receivables Management, LLC,
                 PO Box 41021,    Norfolk, VA 23541-1021
15060654       +EDI: RMSC.COM Jan 23 2020 08:43:00      Synchrony Bank,    c/o PRA Receivables Management, LLC,
                 PO Box 41021,    Norfolk VA 23541-1021
15018108       +EDI: RMSC.COM Jan 23 2020 08:43:00      Synchrony Bank/JCP,    Po Box 965007,
                 Orlando, FL 32896-5007
15018109        EDI: RMSC.COM Jan 23 2020 08:43:00      Synchrony Bank/Levins,    Po Box 965036,
                 Orlando, FL 32896-5036
15018110       +EDI: RMSC.COM Jan 23 2020 08:43:00      Synchrony Bank/Lowe's,    PO Box 965005,
                 Orlando, FL 32896-5005
15018111       +EDI: RMSC.COM Jan 23 2020 08:43:00      Synchrony Bank/TJX,    Po Box 965015,
                 Orlando, FL 32896-5015
15018112       +EDI: RMSC.COM Jan 23 2020 08:43:00      Synchrony MC/SYNCB,    Po Box 965001,
                 Orlando, FL 32896-5001
15018113        EDI: WFNNB.COM Jan 23 2020 08:43:00      Wayfair,    c/o Comenity Bank,    PO Box 182789,
                 Columbus, OH 43218-2789
                                                                                              TOTAL: 26
```

```
District/off: 0315-2           User: mgut                  Page 2 of 2                  Date Rcvd: Jan 22, 2020
                               Form ID: 309B               Total Noticed: 38


              ***** BYPASSED RECIPIENTS (continued) *****

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr              DITECH FINANCIAL LLC
cr              PNC BANK NATIONAL ASSOCIATION
cr              PNC BANK, NA
15063523        DITECH FINANCIAL LLC
15018092*      +Anthony V. Patitucci,    1003 Lewis Street,    Brownsville, PA 15417-2237
15018093*      +Anthony V. Patitucci,    1003 Lewis Street,    Brownsville, PA 15417-2237
15018094*      +Anthony V. Patitucci,    1003 Lewis Street,    Brownsville, PA 15417-2237
15018095*      +Anthony V. Patitucci,    1003 Lewis Street,    Brownsville, PA 15417-2237
15018096*      +Anthony V. Patitucci,    1003 Lewis Street,    Brownsville, PA 15417-2237
15063440*      +PNC Bank, N.A.,   P.O. Box 94982,    Cleveland, OH 44101-4982
                                                                                              TOTALS: 4, * 6, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 24, 2020                                          Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on January 22, 2020 at the address(es) listed below:
         Abagale E. Steidl    on behalf of Debtor Deidra J. Patitucci asteidl@steidl-steinberg.com,
          julie.steidl@steidl-steinberg.com;leslie.nebel@steidl-steinberg.com;abby.steidl@me.com;r53037@not
          ify.bestcase.com;rlager@steidl-steinberg.com;kmeyers@steidl-steinberg.com
         James   Warmbrodt     on behalf of Creditor    PNC BANK NATIONAL ASSOCIATION bkgroup@kmllawgroup.com
         Jerome B. Blank     on behalf of Creditor    DITECH FINANCIAL LLC pawb@fedphe.com
         Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
         Robert H. Slone, Trustee    robertslone223@gmail.com,    rslone@pulsenet.com;pa07@ecfcbis.com
         Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
         Thomas   Song    on behalf of Creditor    DITECH FINANCIAL LLC pawb@fedphe.com
                                                                                              TOTAL: 7
```