**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE: <br><br> DEIDRA J. PATITUCCI <br><br> Debtor(s) <br><br> Ronda J. Winnecour <br> Movant <br> vs. <br> No Respondents. | Case No.:19-21157 GLT <br><br> Document No.: |

### TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS

Ronda J. Winnecour, Trustee for the above case, submits the following final report and account of the administration of the estate pursuant to 11 USC 1302 (b) (1).

   1. The case was filed on 03/25/2019 and confirmed on 05/06/2019. The case was subsequently   (D) CONVERTED AFTER CONFIRMATION FUNDS TO DEBTOR

   2. The Trustee made the following disbursements.

| | | |
|---|---:|---:|
| Total Receipts | | 3,225.00 |
| Less Refunds to Debtor | 1,100.30 | |
| TOTAL AMOUNT OF PLAN FUND | | 2,124.70 |
| | | |
| Administrative Fees | | |
|   Filing Fee | 0.00 | |
|   Notice Fee | 0.00 | |
|   Attorney Fee | 2,000.00 | |
|   Trustee Fee | 124.70 | |
|   Court Ordered Automotive Insurance | 0.00 | |
| TOTAL ADMINISTRATIVE FEES | | 2,124.70 |

| Creditor Type   Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---:|---:|---:|---:|
| **Secured** | | | | |
|   ALLY BANK(*) <br>     Acct: 9714 | 0.00 | 0.00 | 0.00 | 0.00 |
|   DITECH FINANCIAL LLC(*) <br>     Acct: 3098 | 0.00 | 0.00 | 0.00 | 0.00 |
|   PNC BANK NA <br>     Acct: 8744 | 0.00 | 0.00 | 0.00 | 0.00 |
| | \*\*\*NONE\*\*\* | | | |
| **Priority** | | | | |
|   ABAGALE E STEIDL ESQ <br>     Acct: | 0.00 | 0.00 | 0.00 | 0.00 |
|   DEIDRA J. PATITUCCI <br>     Acct: | 0.00 | 0.00 | 0.00 | 0.00 |
|   STEIDL & STEINBERG <br>     Acct: | 3,390.00 | 2,000.00 | 0.00 | 0.00 |
|   DEIDRA J. PATITUCCI <br>     Acct: | 1,100.30 | 1,100.30 | 0.00 | 0.00 |
| | \*\*\*NONE\*\*\* | | | |

| Creditor Type | Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---|---:|---:|---:|---:|
| Unsecured | | | | | |
| | PRA/PORTFOLIO RECOVERY ASSOC<br>Acct: 3519 | 1,527.57 | 0.00 | 0.00 | 0.00 |
| | BANK OF AMERICA NA**<br>Acct: 6057 | 1,254.40 | 0.00 | 0.00 | 0.00 |
| | CAPITAL ONE(*)<br>Acct: 0201 | 0.00 | 0.00 | 0.00 | 0.00 |
| | CHASE BANK USA NA(*)<br>Acct: 0691 | 5,178.23 | 0.00 | 0.00 | 0.00 |
| | QUANTUM3 GROUP LLC AGNT - COMENITY<br>Acct: 3563 | 862.89 | 0.00 | 0.00 | 0.00 |
| | DISCOVER BANK(*)<br>Acct: 0763 | 8,137.22 | 0.00 | 0.00 | 0.00 |
| | QUANTUM3 GROUP LLC AGNT - COMENITY<br>Acct: 7337 | 3,045.68 | 0.00 | 0.00 | 0.00 |
| | PNC BANK NA<br>Acct: 6033 | 19,416.06 | 0.00 | 0.00 | 0.00 |
| | PRA/PORTFOLIO RECOVERY ASSOC<br>Acct: 1385 | 334.76 | 0.00 | 0.00 | 0.00 |
| | SEARS/CITI CARD USA*++<br>Acct: 6600 | 0.00 | 0.00 | 0.00 | 0.00 |
| | SYNCHRONY BANK<br>Acct: 3997 | 0.00 | 0.00 | 0.00 | 0.00 |
| | PRA/PORTFOLIO RECOVERY ASSOC<br>Acct: 7598 | 830.23 | 0.00 | 0.00 | 0.00 |
| | PRA/PORTFOLIO RECOVERY ASSOC<br>Acct: 9235 | 1,284.36 | 0.00 | 0.00 | 0.00 |
| | PRA/PORTFOLIO RECOVERY ASSOC<br>Acct: 3997 | 2,240.80 | 0.00 | 0.00 | 0.00 |
| | PRA/PORTFOLIO RECOVERY ASSOC<br>Acct: 4414 | 5,543.88 | 0.00 | 0.00 | 0.00 |
| | SYNCHRONY BANK<br>Acct: 3715 | 4,967.27 | 0.00 | 0.00 | 0.00 |
| | QUANTUM3 GROUP LLC AGNT - COMENITY<br>Acct: 9014 | 1,856.93 | 0.00 | 0.00 | 0.00 |
| | ANTHONY PATITUCCI<br>Acct: | 0.00 | 0.00 | 0.00 | 0.00 |
| | JAMES C WARMBRODT ESQ<br>Acct: | 0.00 | 0.00 | 0.00 | 0.00 |
| | PHELAN HALLINAN DIAMOND & JONES LLP<br>Acct: | 0.00 | 0.00 | 0.00 | 0.00 |

***NONE***

TOTAL PAID TO CREDITORS                                                              0.00

TOTAL CLAIMED
PRIORITY       0.00
SECURED       0.00
UNSECURED       56.480.28

Date: 01/29/2020        /s/ Ronda J. Winnecour

RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com