# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: ) | |
| ) | BANKRUPTCY NO. 19-21157-GLT |
| PATITUCCI, DEIDRA J. ) | |
| ) | CHAPTER 7 |
| DEBTOR(S) ) | |
| ********************************** ) | |
| ROBERT H. SLONE, TRUSTEE ) | DOCUMENT NO. |
| ) | |
| MOVANT(S) ) | |
| ) | RE: DOCKET NO. 52 |
| vs. ) | |
| ) | |
| NO RESPONDENTS, ) | |
| ) | |
| RESPONDENT(S) ) | |

**CERTIFICATE OF SERVICE
OF THE ORDER APPROVING COUNSEL TO THE CHAPTER 7 TRUSTEE**

I, Robert H. Slone, Esquire, hereby certify that on the **11th** day of **June 2020** I served a true and correct copy of the Order Approving Counsel to the Chapter 7 Trustee dated June 10, 2020 upon the following persons and parties in interest by the method indicated:

**VIA U.S. FIRST CLASS MAIL, POSTAGE PRE-PAID**

U.S. Trustee's Office
Liberty Center, Suite 970
1001 Liberty Avenue
Pittsburgh, PA 15222

Deidra J. Patitucci
Anthony V. Patitucci
1003 Lewis Street
Brownsville, PA 15417-2237

Abagale E. Steidl, Esquire
Steidl & Steinberg
707 Grant Street
28th Floor, Gulf Tower
Pittsburgh, PA 15219-1908

Dated: June 11, 2020

/S/    ROBERT H. SLONE
Robert H. Slone, Esquire
PA I.D. No. 19963
MAHADY & MAHADY
223 South Maple Avenue
Greensburg, PA 15601
Ph #(724) 834-2990
E-mail: robertslone223@gmail.com