FILED
6/10/20 9:04 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: | |
| PATITUCCI, DEIDRA J. | BANKRUPTCY NO. 19-21157-GLT |
| DEBTOR(S) | CHAPTER 7 |
| ************************************ | |
| ROBERT H. SLONE, TRUSTEE | Related to Docket No. 50 |
| MOVANT(S) | |
| vs. | |
| NO RESPONDENTS, | |
| RESPONDENT(S) | |

## ORDER OF COURT

AND NOW, this 10th Day of June, 2020, upon consideration of the Application to Appoint Counsel to the Chapter 7 Trustee filed at Doc. No. 50, it is **ORDERED, ADJUDGED and DECREED** as follows:

1. The Application is approved as of the date the Application was filed.

2. Robert H. Slone, Esquire, and the law firm of Mahady & Mahady are hereby appointed as Counsel for the Chapter 7 Trustee in this bankruptcy proceeding for the reasons set forth in the Application.

3. Professional persons or entities performing services in the above case are advised that approval of fees for professional services will be based not only on the amount involved and the results accomplished, but other factors as well including; the time and labor reasonably required by the applicant to perform, the novelty and difficulty of the issued presented, the skill requisite to perform the service properly, the preclusion of other employment due to acceptance of this case, the customary fee for similar services, the time limitations imposed by the client or the circumstances encountered while performing the services, the experience, reputation and ability of the professional(s) involved, the undesirability of the case, the nature and length of the professional relationship with the client, and, awards in similar cases.

4. Approval of any application for appointment of a professional in which certain fees are requested for various identified professionals is not an agreement by the Court to allow such fees at the requested hourly rates or compensation terms. Final compensation, awarded only after notice and hearing, may be more or less than the requested hourly rates/compensation terms based on application of the above-mentioned factors in granting approval by Court Order.

5. *Applicant shall serve the within Order on all interested parties and file a Certificate of Service.*

GREGORY L. TADDONIO drb
United States Bankruptcy Judge

cc: Debtor
Counsel
Office of the U.S. Trustee

United States Bankruptcy Court
Western District of Pennsylvania

In re:  
Deidra J. Patitucci  
      Debtor

Case No. 19-21157-GLT  
Chapter 7

## CERTIFICATE OF NOTICE

District/off: 0315-2　　　　User: mgut　　　　Page 1 of 1　　　　Date Rcvd: Jun 10, 2020  
　　　　　　　　　　　　Form ID: pdf900　　Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 12, 2020.  
db　　　　　+Deidra J. Patitucci,　1003 Lewis St.,　Brownsville, PA 15417-2237

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　TOTAL: 0

　　　　***** BYPASSED RECIPIENTS *****  
NONE.　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 12, 2020　　　　　　　　　　　　　　　　Signature: /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 10, 2020 at the address(es) listed below:  
      Abagale E. Steidl　on behalf of Debtor Deidra J. Patitucci asteidl@steidl-steinberg.com, julie.steidl@steidl-steinberg.com;leslie.nebel@steidl-steinberg.com;abby.steidl@me.com;r53037@notify.bestcase.com;rlager@steidl-steinberg.com;kmeyers@steidl-steinberg.com  
      James Warmbrodt　on behalf of Creditor　PNC BANK NATIONAL ASSOCIATION bkgroup@kmllawgroup.com  
      Jerome B. Blank　on behalf of Creditor　DITECH FINANCIAL LLC pawb@fedphe.com  
      Office of the United States Trustee　ustpregion03.pi.ecf@usdoj.gov  
      Robert H. Slone, Trustee　robertslone223@gmail.com,　rslone@pulsenet.com;pa07@ecfcbis.com  
      Robert H. Slone, Trustee　on behalf of Trustee Robert H. Slone, Trustee robertslone223@gmail.com, rslone@pulsenet.com;pa07@ecfcbis.com  
      Thomas Song　on behalf of Creditor　DITECH FINANCIAL LLC pawb@fedphe.com  
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　TOTAL: 7