# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: ) | |
| ) | BANKRUPTCY NO. 19-21157-GLT |
| PATITUCCI, DEIDRA J. ) | |
| ) | CHAPTER 7 |
| DEBTOR(S) ) | |
| ********************************** ) | DOCUMENT NO. |
| ROBERT H. SLONE, TRUSTEE ) | |
| ) | |
| MOVANT(S) ) | |
| ) | |
| vs. ) | Hearing Date:  7/23/2020 @ 10:30 a.m. |
| ) | Courtroom A - Pittsburgh, PA |
| NO RESPONDENTS, ) | |
| ) | |
| RESPONDENT(S) ) | |

**NOTICE OF NONEVIDENTIARY HEARING WITH RESPONSE DEADLINE
ON MOTION BY TRUSTEE TO APPOINT SPECIAL COUNSEL**

TO THE RESPONDENT(S):

You are hereby notified that the above Movant seeks an order affecting your rights or property.

You are further instructed to file with the Clerk and serve upon the undersigned attorney for Movant a written response to the Motion on or before **July 13, 2020** (ie: 17 (seventeen) days after the date of service below), in accordance with the Federal Rules of Bankruptcy Procedure, the Local Rules of this Court, and the general procedures of the presiding Judge as found on the Court's webpage at www.pawb.uscourts.gov. If you fail to timely file and serve a written response, an order granting the relief requested in the Motion may be entered and the hearing may not be held.  Please refer to the calendar posted on the Court's webpage to verify if a default order was signed or if the hearing will go forward as scheduled.

You should take this Notice and the Motion to a lawyer at once.

**A *TELEPHONIC* hearing will be held on Thursday July 23 , 2020 at 10:30 a.m. before the Honorable Gregory L. Taddonio in Courtroom A, 54th Floor, US Steel Tower, 600 Grant Street, Pittsburgh, Pennsylvania 15219.**  Parties wishing to appear telephonically must register (and pay the regular charges) with CourtCall at www.CourtCall.com or at (866) 582-6878 no later than twenty-four (24) hours prior to the scheduled hearing.  All Counsel and parties participating telephonically shall comply with Judge Taddonio's Modified Telephonic Procedures (effective March 13, 2020), which can be found at www.pawb.uscourts.gov/procedures-2.

Only a limited time of ten (10) minutes is being provided on the calendar.  No witnesses will be heard.  If there is an issue of fact, an evidentiary hearing will be scheduled by the Court for a later date.

Date of Service: 6/23/2020          /S/      ROBERT H. SLONE
                                    Robert H. Slone, Esquire     PA I.D. 19963
                                    MAHADY & MAHADY,    Ph #(724) 834-2990
                                    223 South Maple Avenue
                                    Greensburg, PA 15601
                                    E-mail:  robertslone223@gmail.com