# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: ) | |
| ) | BANKRUPTCY NO.   19-21157-GLT |
| PATITUCCI, DEIDRA J. ) | |
| DEBTOR(S) ) | CHAPTER 7 |
| ) | |
| ********************************* ) | DOCKET NO. |
| ROBERT H. SLONE, TRUSTEE ) | |
| ) | |
| MOVANT(S) ) | |
| ) | |
| vs. ) | Hearing Date:   7/23/2020 @ 10:30 a.m. |
| ) | Courtroom A - Pittsburgh, PA |
| NO RESPONDENTS, ) | |
| ) | |
| RESPONDENT(S) ) | |

## CERTIFICATE OF NO OBJECTION REGARDING
## MOTION TO APPOINT SPECIAL COUNSEL

THE undersigned hereby certifies that, as of the date hereof, no answer, objection or other responsive pleading to the *Motion to Appoint Special Counsel* has been received.   The undersigned further certifies that the Court's docket in this case has been reviewed and no answer, objection or other responsive pleading to the *Motion to Appoint Special Counsel* appears thereon.   Pursuant to the Notice of Hearing, objections to the *Motion to Appoint Special Counsel* were to be filed and served no later than  July 13 2020 .

It is hereby respectfully requested that the Order attached to the *Motion to Appoint Special Counsel* s be entered by the Court.

Dated: 7/14/2020                                                                   /S/          ROBERT H. SLONE
                                                                                                  Robert H. Slone, Trustee
                                                                                                  MAHADY & MAHADY
                                                                                                  223 South Maple Avenue
                                                                                                  Greensburg, PA 15601
                                                                                                  Ph #(724) 834-2990
                                                                                                  PA I.D. No. 19963
                                                                                                  E-mail: robertslone223@gmail.com