FILED
7/15/20 11:06 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: | |
| PATITUCCI, DEIDRA J. | BANKRUPTCY NO. 19-21157-GLT |
| DEBTOR(S) | CHAPTER 7 |
| ********************************** | DOCUMENT NO. |
| ROBERT H. SLONE, TRUSTEE | |
| MOVANT(S) | |
| vs. | Hearing Date:  7/23/2020 @ 10:30 a.m. |
| | Courtroom A - Pittsburgh, PA |
| NO RESPONDENTS, | Related to Docket No. 57 |
| RESPONDENT(S) | |

## ORDER APPROVING EMPLOYMENT OF SPECIAL COUNSEL

AND NOW, this __15th Day of July__, 2020, upon consideration of the Application for Order of Employment of Special Counsel, it is ORDERED, ADJUDGED and DECREED as follows:

1.  Daniel L. Webster, Esquire and Webster & Webster, 50 East South Street, Uniontown, PA 15401 are hereby appointed as Special Counsel for the Estate/Trustee in this bankruptcy proceeding for the purpose of acting as attorney in connection with a personal injury claim.

2.  Special Counsel is being hired as per the Contingent Fee Agreement as described in the Motion for the limited purpose of acting as attorney in connection with the interest of the Estate/Debtor in prosecuting said personal injury claim as referenced in the foregoing Motion/Application, provided however, no settlement of any claim is to occur without prior Court Order after notice and hearing thereon.

3.  Professional persons or entities performing services in the above case are advised that approval of fees for professional services will be based not only on the amount involved and the results accomplished, but other factors as well including; the time and labor reasonably required by the applicant to perform, the novelty and difficulty of the issues presented, the skill requisite to perform the service properly, the preclusion of other employment due to acceptance of this case, the customary fee for similar services, the time limitations imposed by the client or the circumstances encountered while performing the services, the experience, reputation and ability of the professional(s) involved, the undesirability of the case, the nature and length of the professional relationship with the client, and, awards in similar cases.

4.  Approval of any application for appointment of a professional in which certain fees are requested for various identified professionals is not an agreement by the Court to allow such fees at the requested hourly rates. Final compensation, awarded only after notice and hearing, may be more or less than the requested hourly rates based on application of the above-mentioned factors in granting approval by Court Order.

5.  *Applicant shall serve the within Order on all interested parties and file a Certificate of Service.*

Prepared by:   Robert H. Slone

_____
GREGORY L. TADDONIO    drb
United States Bankruptcy Judge

**ENTERED BY DEFAULT**

cc:   Debtor/Counsel
      Office of the US Trustee

United States Bankruptcy Court
Western District of Pennsylvania

In re:  
Deidra J. Patitucci  
    Debtor

Case No. 19-21157-GLT  
Chapter 7

## CERTIFICATE OF NOTICE

District/off: 0315-2      User: mgut      Page 1 of 1      Date Rcvd: Jul 15, 2020  
                  Form ID: pdf900      Total Noticed: 2

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 17, 2020.  
db       +Deidra J. Patitucci,    1003 Lewis St.,    Brownsville, PA 15417-2237  
sp        Daniel L Webster,    Webster & Webster,    50 E. South Street,    Uniontown, PA  15401

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                                                      TOTAL: 0

        ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                         TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 17, 2020                                                        Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 15, 2020 at the address(es) listed below:  
         Abagale E. Steidl    on behalf of Debtor Deidra J. Patitucci asteidl@steidl-steinberg.com,  
         julie.steidl@steidl-steinberg.com;leslie.nebel@steidl-steinberg.com;abby.steidl@me.com;r53037@notify.bestcase.com;rlager@steidl-steinberg.com;kmeyers@steidl-steinberg.com  
         James  Warmbrodt    on behalf of Creditor   PNC BANK NATIONAL ASSOCIATION bkgroup@kmllawgroup.com  
         Jerome B. Blank    on behalf of Creditor    DITECH FINANCIAL LLC pawb@fedphe.com  
         Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov  
         Robert H. Slone, Trustee    robertslone223@gmail.com,    rslone@pulsenet.com;pa07@ecfcbis.com  
         Robert H. Slone, Trustee    on behalf of Trustee Robert H. Slone, Trustee robertslone223@gmail.com,  
         rslone@pulsenet.com;pa07@ecfcbis.com  
         Thomas  Song    on behalf of Creditor    DITECH FINANCIAL LLC pawb@fedphe.com  
                                                                                                              TOTAL: 7