**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE: ) | |
| ) | BANKRUPTCY NO. 19-21157-GLT |
| PATITUCCI, DEIDRA J. ) | |
| ) | CHAPTER 7 |
|     Debtor(s) ) | |
| ************************************** ) | DOCKET NO. |
| ROBERT H. SLONE, TRUSTEE, ) | |
|     Movant(s) ) | |
| ) | |
| vs. ) | |
| ) | |
| NO RESPONDENT ) | |
|     Respondent(s) ) | |

**TRUSTEE'S NOTICE OF INTENT TO ABANDON**
**PROPERTY OF THE ESTATE**

PLEASE TAKE NOTICE that pursuant to Section 554(a) of the United States Bankruptcy Code, the undersigned, duly qualified and acting Trustee in the above captioned estate, intends to and will abandon the following described property, unless within fifteen (15) days from the date of service of this Notice, a creditor or other interested party files a written objection and request for hearing with the Clerk, U.S. Bankruptcy Court, Western District of Pennsylvania, at 5414 USX Tower, 600 Grant Street, Pittsburgh, PA 15219, and serves a copy of said objection and request upon the Trustee at the address shown below.

PROPERTY TO BE ABANDONED:   A personal injury claim from a motor vehicle accident which occurred in December 2019.

REASON FOR ABANDONMENT:   The claim is of no value to the estate as the claim value is $9,500.00 and the Debtor's exemptions are in the amount of $23,675.00.

Objections not timely filed and served may be deemed waived.

                                                          Respectfully submitted,

Dated:   December 15, 2020                   /s/ ROBERT H. SLONE
                                                                 Robert H. Slone, Esquire
                                                                 PA I.D. No. 19963
                                                                 MAHADY & MAHADY
                                                                 223 South Maple Avenue
                                                                 Greensburg, PA 15601
                                                                 Ph #(724) 834-2990
                                                                 E-mail:   robertslone223@gmail.com

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE: ) | |
| ) | BANKRUPTCY NO. 19-21157-GLT |
| PATITUCCI, DEIDRA J. ) | |
| ) | CHAPTER 7 |
| Debtor(s) ) | |
| ************************************** ) | DOCKET NO. |
| ROBERT H. SLONE, TRUSTEE, ) | |
| Movant(s) ) | |
| ) | |
| vs. ) | |
| ) | |
| NO RESPONDENT ) | |
| Respondent(s) ) | |

**CERTIFICATE OF SERVICE**

I, Robert H. Slone, Esquire, hereby certify that on **the 15th day of December 2020** I served a true and correct copy of the Trustee's Notice of Intent of Abandon Property of the Estate upon the following persons and parties in interest by the method indicated:

**VIA U.S. FIRST CLASS MAIL, POSTAGE PRE-PAID**

See attached list for parties served.


Dated: December 15, 2020                    /s/ ROBERT H. SLONE
                                            Robert H. Slone, Esquire
                                            PA I.D. No. 19963
                                            MAHADY & MAHADY
                                            223 South Maple Avenue
                                            Greensburg, PA 15601
                                            Ph #(724) 834-2990
                                            E-mail:   robertslone223@gmail.com

PRA Receivables Management LLC
PO Vox 41031
Norfolk VA 23451

Ally Bank
PO Box 130424
Roseville, MN 55113

Amazon/Synchrony Bank
PO Box 965015
Orlando, FL    32896

Anthony L. Patitucci
1003 Lewis Street
Brownsville, PA 15417

Bank of America
PO Box 982238
El Paso, TX 79998

Bank of America NA
PO Box 982284
El Paso, TX 79998

Capital One
PO Box 30253
Salt Lake City, UT 84130

JP Morgan Chase Bank, NA
Bankruptcy Mail Intake Team
700 Kansas Lane Floor 01
Monroe, LA 71203

Chase Bank USA, NA
c/o Robertson, Anschutz & Schneid, PL
6409 Congress Avenue, Ste. 100
Boca Raton, FL 33847

Christopher Banks/Comenity
PO Box 182789
Columbus, OH 43218

Discover Financial Services
PO Box 3025
New Albany, OH 43054

Ditech Financial
PO Box 6172
Rapid City, SD 57709

Kays/Comenity
PO Box 182789
Columbus, OH 43218

PNC Bank CC
PO Box 3180
Pittsburgh, PA 15230

PNC Bank Mortgage Services
PO Box 8703
Dayton, OH 45401

PNC Bank Retail Lending
PO Box 94982
Cleveland, OH 44101

Portfolio Recovery Associates LLC
PO Box 41067
Norfolk, VA 23541

QVC 965005
Orlando, FL 32896

Quantum3 Group LLC as agent for
Comenity Bank
PO Box 788
Kirkland, WA 98083

Sears
PO Box 6282
Sioux Falls, SD 57117

Synchrony Bank
c/o PRA Receivables Management, LLC
PO Box 41021
Norfolk, VA 23541

Synchrony Bank/JCP
PO Box 965007
Orlando, FL 32896

Synchrony Bank/Levin's
PO Box 965036
Orlando, FL 32896

Synchrony Bank/Lowe's
PO Box 965005
Orlando, FL 32896

Synchrony Bank/TJX
PO Box 9650071
Orlando, FL 32896

Synchrony MC/SYNCB
PO Box 965001
Orlando, FL 32896

Wayfair
c/o Comenity Bank
PO Box 182789
Columbus, OH 43218

Abagale E. Steidl, Esq.
Steidl & Steinberg
707 Grant Street
28th Floor—Gulf Tower
Pittsburgh, PA 15219

Daniel L. Webster
Webster & Webster
50 E. South Street
Uniontown, PA 15401

Deidra J. Patitucci
1003 Lewis Street
Brownsville, PA 15417

Office of the U.S. Trustee
Liberty Center, Ste. 970
1001 Liberty Avenue
Pittsburgh, PA 15222